IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA

FILED
AUG 20 2010
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA,
          Plaintiff,

v.                          Criminal No. 2:10-00137
                          Violation:     26 USC §7201

THOMAS A. ZAMOW,
          Defendant.

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

**(Attempt to Evade or Defeat Tax)**

Between on or about January 1, 2006 and on or about, October 17, 2007 at or near Logan, Logan County, West Virginia, within the Southern District of West Virginia and elsewhere, defendant, **THOMAS A. ZAMOW**, did willfully attempt in any manner to evade and defeat any tax imposed by Title 26 and the payment thereof, to wit: the underreporting of gross income, and the underpayment of resulting income tax liabilities (including penalties and interest) in an amount of more than $80,000.00 but less than $200,000.00; in violation of Title 26, United States Code, Section 7201.

ERIC H. HOLDER, JR.
UNITED STATES DEPARTMENT OF JUSTICE
ATTORNEY GENERAL

WILLIAM J. IHLENFELD, II
UNITED STATES ATTORNEY

_____
Shawn Angus Morgan
Special Assistant United States Attorney