# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 4/11/2011                                                                 Case Number 2:10-cr-137
Case Style: USA vs. Thomas Zamow
Type of hearing Sentencing
Before the honorable: 2515-Johnston
Court Reporter Ayme Cochran                                                      Courtroom Deputy Staci Wilson
Attorney(s) for the Plaintiff or Government Shawn Morgan


Attorney(s) for the Defendant(s) Dwane Tinsley


Law Clerk Summer Shelton                                                          Probation Officer Jeff Gwinn

## Trial Time
Contested Sentencing Hearing.


## Non-Trial Time



## Court Time
2:02 pm    to 2:45 pm
Total Court Time: 0 Hours 43 Minutes Court actively conducting trial proceedings/Contested proceedings


## Courtroom Notes

Scheduled Start 2:00 p.m.
Actual Start 2:02 p.m.

Defendant present in person and by counsel for sentencing as to Count 1.
Defendant placed under oath.
Court addresses PSR.
Objections overruled.
Court adopts findings in PSR.
Defendant's Exhibit 1 marked and admitted.
Court adjudges Defendant guilty pursuant to prior plea.
Court addresses Government's 5k Motion.
Court grants the Government's 5k Motion and reduces defendant's offense level by 1 level.

Court makes U.S.S.G. findings after granting 5k Motion as follows:
    Total Offense Level: 15
    Criminal History: 1
    Custody Range: 18-24 months
    Supervised Release Range: 2-3 years
    Fine Range:  $4,000 to $40,000

## District Judge Daybook Entry

    Assessment:  $100
Defendant speaks on own behalf.
Defendant calls Robert Kuenzel; oath given.
Direct by Mr. Tinsley.
Cross examination by Ms. Morgan.
Counsel speak before sentence is imposed.
After considering advisory U.S.S.G. ranges and Sec. 3553(a) factors, Court imposes sentence as follows:
    Custody: 12 months
    Supervised Release:  3 years
    Fine: $25,000
    Assessment:  $100 paid
Court states reasons for sentence imposed.
Defendant released on current bond.
Defendant advised of right to appeal.
Court directs that PSR be filed under seal.
Court recessed at 2:45 p.m.