IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

FILED
APR 1 2 2011
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA,

        Plaintiff,

v.                              CRIMINAL ACTION NO. 2:10-cr-00137

THOMAS A. ZAMOW,

        Defendant.

## WITNESS LIST

| Date | Gov't No. | Witness | Date | Def't No. | Witness |
|---|---|---|---|---|---|
|  |  |  | 4-11-11 | 1 | Robert Kuenzel |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |