USDC/ATTY-006 (Rev. 4/09) Notice of Change of Attorney Information

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## AT CHARLESTON

UNITED STATES OF AMERICA

v.

THOMAS A. ZAMOW

Case Number 2:10-cr-00137

## NOTICE OF CHANGE OF ATTORNEY INFORMATION

> Select and complete the appropriate section of this form to update your name and/or firm information, to add your name as counsel of record, to change representation within your firm, or to remove your name from the court's service list *for the above-entitled action only*. DO NOT use this form to withdraw from the above-entitled action, which requires a motion to withdraw and a court order pursuant to LR Civ P 83.4.

I, _____ Dwane L. Tinsley _____, hereby provide this *Notice of*
*Name of Attorney*
*Change of Attorney Information* to the Court and request the Clerk's Office to:

○ **Please add my name as counsel of record *in the above-entitled action only* as follows:**

My firm/government agency, _____,
has made an appearance in the above-entitled action. I request to be added as additional counsel of record for the party(s) on whose behalf my firm/government agency has already made an appearance.

○ **Please change within-firm representation *in the above-entitled action only* as follows:**

My firm/government agency, _____,

by _____,
has made an appearance in the above-entitled action. I request to be substituted as counsel of record for the party(s) on whose behalf the above-named attorney has appeared and further request the court to remove the above-named attorney from the court's service list for this case only.

USDC/ATTY-006 (Rev. 4/09) Notice of Change of Attorney Information

○ **Please remove me from the Court's service list** *for the above-entitled action only* **as follows:**

I am to remain counsel of record for the following party(s):
_____
_____

However, I do not wish to receive copies of any future orders, correspondence, motions, pleadings, notices, etc., and am notifying the court to remove my name from its service list for this case only. I will notify the Clerk of Court should this notice requirement change.

Further, I hereby absolve other counsel of record, if any exist, or pro se parties, from serving any future correspondence, motions, pleadings, notices, etc., upon me in this case only.

⦿ **Please update my name and/or firm information** *for the above-entitled action only* **as follows:**

Former name: __**Dwane L. Tinsley**__    New name: __**Dwane L. Tinsley**__

New firm/government agency name: __**Hendrickson & Long, PLLC**__

New address: __**214 Capitol Street**__
__**Charleston, WV 25301**__

| 304 346 5500 | 304 346 5515 | dtinsley@handl.com |
|---|---|---|
| New telephone number | New facsimile number | New e-mail address *(provide only if a registered CM/ECF e-filer)* |

Date: __**July 21, 2011**__          __/s/ Dwane L. Tinsley, Esquire (#3767)__

Hendrickson & Long, PLLC
214 Capitol Street
Charleston, West Virginia 25301
(304) 346-5500, ext. 130
(304) 346-5515
dtinsley@handl.com